# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1137**
**CAF 10-00967**
PRESENT: FAHEY, J.P., CARNI, SCONIERS, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF NYASIA W.
-----------------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,
PETITIONER-RESPONDENT;

MEMORANDUM AND ORDER

CHRISTINE W., RESPONDENT-APPELLANT.
-----------------------------------------------
IN THE MATTER OF ARIEL C.W.-H.
-----------------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,
PETITIONER-RESPONDENT;

CHRISTINE W., RESPONDENT-APPELLANT,
AND DAVID H., RESPONDENT.
(APPEAL NO. 1.)

---

EFTIHIA BOURTIS, ROCHESTER, FOR RESPONDENT-APPELLANT.

DAVID VAN VARICK, COUNTY ATTORNEY, ROCHESTER (PATRICIA WOEHRLEN OF COUNSEL), FOR PETITIONER-RESPONDENT.

TANYA J. CONLEY, ATTORNEY FOR THE CHILDREN, ROCHESTER, FOR NYASIA W. AND ARIEL C.W.-H.

---

Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered March 22, 2010 in a proceeding pursuant to Family Court Act article 10. The order, among other things, required respondent Christine W. to comply with the conditions specified in the orders of protection.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Matter of Ariel C.W.-H.* (___ AD3d ___ [Nov. 10, 2011]).

Entered: November 10, 2011

Patricia L. Morgan
Clerk of the Court